[Crim. No. 973.   Third Appellate District.—April 11, 1927.]

In the Matter of the Application of F. W. OWEN, on Behalf of NORINE OWEN, FRED OWEN, and MELVIN OWEN, for a Writ of Habeas Corpus.

[1] HABEAS CORPUS—JURISDICTION—APPELLATE COURT—PENDENCY OF PROCEEDINGS IN SUPERIOR COURT.—The appellate court is without jurisdiction to issue a writ of *habeas corpus* to determine the right to the custody of certain minor children, where the applicant made a similar application for a writ of *habeas corpus* in the superior court and said application is still pending and undetermined.

(1) 29 **C. J.**, p. 116, n. 10.

APPLICATION for a Writ of Habeas Corpus to determine the custody of minor children.   Writ denied.

The facts are stated in the opinion of the court.

Busick & Leeper for Petitioner.

No appearance for Respondent.

THE COURT.—[1]   This is an application for a writ of *habeas corpus* to determine the right to the custody of the minor children named in the petition.   The applicant made a similar application for a writ of *habeas corpus* in the superior court of Sacramento County and said application is now pending in that court and undetermined.   This court, therefore, is without jurisdiction to issue the writ.   (29 C. J. 116.)

Writ denied.